FILED

JUL 31 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**JAIME BELTRAN,** _____
Plaintiff(s)/Petitioner(s),

vs.

**ERIC R. BAKER, ET AL.,** _____
Defendant(s)/Respondents(s).

Case No. _____2:17-CV-01520-AC_____

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

This case was randomly assigned to a Magistrate Judge. A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C § 636(c) and Eastern District Local Rule 302. However, a Magistrate Judge may not preside over the trial in this case or make dispositive rulings without all parties' written consent. 28 U.S.C. § 636(c). If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Therefore, within 30 days, the parties shall complete and return this form to the court.

However, the parties are advised that they are free to withhold consent without adverse substantive consequences.

IT IS SO ORDERED.

Dated: _____7/21/17_____                    _____/s/ — Allison Claire_____
                                                United States Magistrate Judge

---

**IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days.

---

☐   **CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE**

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____

Signature: _____

Print Name: _____

( ) Plaintiff/Petitioner   ( ) Defendant/Respondent   ( ) Counsel for *

---

☒   **DECLINE OF JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

The undersigned declines to consent to a United States Magistrate Judge and requests random assignment to a United States District Judge.

Date: 7/27/2017

Signature: _Jaime Beltran_

Print Name: JAIME BELTRAN

( ) Plaintiff/Petitioner   ( ) Defendant/Respondent   ( ) Counsel for *

---

*If counsel of record, list name of each party responding: _____

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __JAIME BELTRAN #K-87116_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _____ __Salinas Valley State Prison_____Prison,

in the county of __Monterey_____,

State of California. My prison address is: __SVSP: P.O.B. 1050 Soledad, Ca 93960__,

On __7/27/2017_____,
(DATE)

I served the attached: __Decln. Juris. of U.S. Mag.Jge.& Req. Reassmnt. to Dist. Jdge.__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

    U.S.D.C.
    Eastern Dist. Calif
    501 I Str., Ste 4-200
    Sacramento, Ca 95814-2322

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   7/27/2017            /s/ Jaime Beltran

Executed on _____     _____
              (DATE)                         (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                      ::ODMA\PCDOCS\WORDPERFECT\22832\1