
FILED

JAN 1 3 2020


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME BELTRAN,

    Plaintiff,

v.

ERIC R. BAKER, et al.,

    Defendants.

No. 2:17-cv-1520 TLN AC P

PLAINTIFF'S NOTICE ON HOW TO PROCEED

Check one:

✓ Plaintiff wants to proceed immediately on his claim that defendants Cross, Tran, Baker, Swett, Smith and Guerra failed to protect him when they witnessed him being attacked by two other inmates, did not act to stop the assault, and delayed in responding after the assault ended without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing without prejudice his claim that defendants Cross, Tran, Baker, Swett, Smith and Guerra failed to protect him when they failed to prevent the assault by two other inmates.

____ Plaintiff wants to amend the complaint.

DATED: 1/9/2020

Jamie Beltran
Plaintiff pro se

1