UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BELTRAN,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC R. BAKER, et al.,<br><br>  Defendants. | No.  2:17-cv-1520 TLN AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed May 5, 2020, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days.  ECF No. 24.  The settlement conference took place on October 27, 2020, and the case did not settle.  ECF No. 28.

Accordingly, IT IS HEREBY ORDERED that:

1.  The stay of this action, commencing May 5, 2020, ECF No. 24, is LIFTED.

2.  Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: December 8, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE