1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAIME BELTRAN,                              No.  2:17-cv-1520 TLN AC P

12                  Plaintiff,

13          v.                                    ORDER

14    ERIC R. BAKER, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C.

18  § 1983.  Counsel Lillian Munoz recently appeared on plaintiff's behalf, ECF No. 32, and counsel

19  Jarrett Adams has applied for admission to practice pro hac vice under Local Rule 180(b)(2), ECF

20  No. 33.  However, the rule provides that "an attorney is not eligible to practice pursuant to (b)(2)

21  if any one or more of the following apply: (i) the attorney resides in California, (ii) the attorney is

22  regularly employed in California, or (iii) the attorney is regularly engaged in professional

23  activities in California."  Local Rule 180(b)(2).  Mr. Adams' application to states that he resides

24  in North Hollywood, California, making him ineligible for admission to practice pro hac vice

25  under Local Rule 180(b)(2).

26          Mr. Adams is welcome to petition for admission to the bar of this court pursuant to Local

27  Rule 180(a).  Admission forms are available on the Court's website.

28  ////

1

1     Accordingly, IT IS HEREBY ORDERED that the application for admission to practice

2 pro hac vice, ECF No. 33, is DENIED.

3 DATED: April 26, 2021

4

5 ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE