IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAIME BELTRAN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**ERIC R. BAKER, et al. ,**<br><br>　　　　　　　　　　Defendants. | 2:17-cv-1520 TLN AC P<br><br>[PROPOSED] **ORDER**<br><br><br>Judge:　　The Honorable Allison Claire<br>Trial Date:　Not set<br>Action Filed:　July 21, 2017 |

　　　The Court, having considered the parties' stipulation to modify the discovery and dispositive motion deadlines, and good cause having been found: The stipulation is **GRANTED**. The deadline to: (1) depose Plaintiff is June 30, 2021; (2) file a motion to compel Plaintiff's deposition, if necessary, is July 14, 2021; and (3) file pretrial motions is September 22, 2021.  In all other respects, the discovery and scheduling order shall remain unchanged.

　　　IT IS SO ORDERED.

DATED: April 29, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE