Lillian C. (Munoz) Gaither, Esq. #279427
Jarrett Adams, *pro hac vice*
Law Office of Jarrett Adams, PLLC
40 Fulton Street, Floor 17
New York, NY 10038
Ph: (646) 880-9707
Fax: (646) 880-9707
Lillian@jarrettadamslaw.com
JAdams@jarrettadamslaw.com

Attorneys For Plaintiff, Jaime Beltran

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAIME BELTRAN,<br><br>    Plaintiff,<br><br>  v.<br><br>  BAKER, et al,<br><br>    Defendants. | Case No. 2:17-cv-01520 TLN AC<br><br>PLAINTIFF'S STATEMENT OF DISPUTED FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (EXHAUSTION)<br><br>Judge: Hon. Allison Claire<br>Trial Date: Not set.<br>Action filed: July 21, 2017 |

Pursuant to United States District Court for the Eastern District of California Civil Rule 260(b), Plaintiff, Jaime Beltran respectfully submits this Statement of Disputed Facts in opposition to Defendants' Motion for Summary Judgment. The facts contained herein are submitted only for the purposes of responding to Defendants' Motion for Summary Judgment. Plaintiff specifically reserves the right to present new and/or different facts as this case proceeds.

    1.    Jaime Beltran did not receive the second level response to Appeal Number SAC-C-16-00599 until about February 26, 2016, because the response was mailed on February 19 from a different institution than where Mr. Beltran resides and because of delays in the mailroom at the institution

1

where Mr. Beltran resides. (Declaration of Jaime Beltran, dated September 2, 2021 ["Beltran Dec."], at ¶3).

2. Jaime Beltran submitted Appeal Number SAC-C-16-00599 for third level review on March 22, 2016 by handing the envelope to Correctional Officer Saldana, who sealed it in front of Mr. Beltran and then signed and dated the back of the envelope. (Beltran Dec. at ¶4).

3. In the CDCR's second level response to Jaime Beltran's Appeal Number SAC-C-16-00599, the instructions for seeking third level review stated that the request for third level review must be "received" within 30 days of the second level response. (Declaration of Howard E. Moseley ["Mosely Dec."], Exhibit 2 at p.4, section F).

4. The second level response to Jaime Beltran's Appeal Number SAC-C-16-00599 states in the "Determination of Issue" section that the "appeal was referred for an investigation." (Moseley Dec., Exhibit 2 at p.6).

5. The second level response to Jaime Beltran's Appeal Number SAC-C-16-00599 only contains boilerplate language regarding the availability of further relief, and contains nothing as to what "specific" further relief was available to Mr. Beltran after the appeal was referred for an investigation. (Mosely Dec., Exhibit 2 at p.6).

Dated: September 3, 2021

Respectfully submitted,

/s/Lillian C. Gaither, Esq.
Lillian C. Gaither (previously Lillian Munoz), Esq. #279427
Jarrett Adams, *pro hac vice*
Law Office of Jarrett Adams, PLLC
40 Fulton Street, Floor 17
New York, NY 10038
Ph:  (646) 880-9707
Fax:  (646) 880-9707
Lillian@jarrettadamslaw.com
JAdams@jarrettadamslaw.com
    Attorneys For Plaintiff, Jaime Beltran

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2021, the above and foregoing has been served electronically on all counsel of record.

/s/ Lillian C. Gaither
Lillian C. Gaither (previously Lillian Munoz)

## SERVICE LIST

Olena Likhachova
Email:  Olena.Likhachova@doj.ca.gov

*Attorney for Defendants*