Lillian C. (Munoz) Gaither, Esq. #279427
Jarrett Adams, *pro hac vice*
Law Office of Jarrett Adams, PLLC
40 Fulton Street, Floor 17
New York, NY 10038
Ph: (646) 880-9707
Fax: (646) 880-9707
Lillian@jarrettadamslaw.com
JAdams@jarrettadamslaw.com

Attorneys For Plaintiff, Jaime Beltran

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAIME BELTRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BAKER, et al,<br><br>    Defendants. | Case No. 2:17-cv-01520 TLN AC<br><br>DECLARATION OF JAIME BELTRAN IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [EXHAUSTION]<br><br>Judge: Hon. Allison Claire<br>Trial Date: Not set.<br>Action filed: July 21, 2017 |

I, Jaime Beltran, under penalty of perjury, declare and state that:

1. I am the Plaintiff in the above-captioned case.

2. I make this declaration in opposition to Defendants' Motion for Summary Judgment (Exhaustion).

3. I did not receive the second level response to Appeal # SAC-C-16-00599 until about February 26, 2016 because the response was mailed on February 19 from a different institution than where I reside and because of delays in the mailroom at the institution where I reside.

4. I submitted Appeal # SAC-C-16-00599 for third level review on March 22, 2016, by handing the envelope to C/O C. Saldana, who sealed it in front of me and signed and dated the back of the envelope.

Pursuant to Title 28, United States Code Section 1746, I declare under penalty of perjury the foregoing is true and correct.

Dated: September 2, 2021     /s/ Jaime Beltran
                             Jaime Beltran

(Original signature maintained by Attorney L. Gaither [Local R. 131(f)].

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September 2021, the above and foregoing has been served electronically on all counsel of record.

/s/ Lillian C. Gaither
Lillian C. Gaither (previously Lillian Munoz)

**SERVICE LIST**

Olena Likhachova
Email:  Olena.Likhachova@doj.ca.gov

*Attorney for Defendants*