IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAIME BELTRAN,**<br><br>Plaintiff,<br><br>v.<br><br>**BAKER, et al.,**<br><br>Defendants. | Case No. 2:17-cv-01520 TLN AC<br><br>**[PROPOSED] ORDER** |

Good cause appearing, the Court GRANTS Defendants' request for extension of time to file a Reply to Plaintiff's Opposition to Defendants' motion for summary judgment based on failure to properly exhaust all available administrative remedies.

The deadline to file and serve Defendants' Reply is hereby extended from September 15, 2021 to September 29, 2021.

The hearing on Defendants' motion for summary judgment (exhaustion) is hereby continued from September 22, 2021 to October 6, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____ _____

The Honorable Allison Claire