# CERTIFICATE OF SERVICE

Case Name:   **Beltran (K87116) v. Baker, et al.**   No.   **2:17-cv-01520 TLN AC**

I hereby certify that on September 13, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. ***DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MSJ, etc.; and***
2. ***[PROPOSED] ORDER***

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 13, 2021, at Sacramento, California.

|  |  |
|---|---|
| M.E. Conde | /s/ M.E. Conde |
| Declarant | Signature |

SA2020100803
35462546.docx