Lillian C. (Munoz) Gaither, Esq. #279427
Jarrett Adams, *pro hac vice*
Law Office of Jarrett Adams, PLLC
40 Fulton Street, Floor 17
New York, NY 10038
Ph: (646) 880-9707
Fax: (646) 880-9707
Lillian@jarrettadamslaw.com
JAdams@jarrettadamslaw.com

Attorneys For Plaintiff, Jaime Beltran

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAIME BELTRAN,<br><br>    Plaintiff,<br><br>  v.<br><br>  BAKER, et al,<br><br>    Defendants. | Case No. 2:17-cv-01520 TLN AC<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (EXHAUSTION)<br><br>Judge: Hon. Allison Claire<br>Trial Date: Not set.<br>Action filed: July 21, 2017 |

Comes now, Plaintiff Jaime Beltran, by and through his attorneys undersigned, and submits the following opposition to Defendants' request for a 14-day extension of time to file their Reply to his Opposition to Defendants' Motion for Summary Judgment on exhaustion.

Under Local Rule 230(c), Plaintiff's opposition brief was due on September 8, 2021, and Defendants' Reply was due on September 15, 2021. Despite the end of factual discovery related to exhaustion falling on August 31, Plaintiff was able to fully brief and file his opposition by September 3,

1

2021, giving Defendants five extra days to prepare their Reply. Plaintiff's brief was within the 20-page limit allowed under the civil rules and is not overly complicated.

Plaintiff provided only five statements on his Statement of Disputed Facts, four of which are clear on the face of the documents that Defendants used to support their Statement of Facts. No amount of additional investigation is necessary to read the document.

The Summary Judgment briefing procedure does not provide for extra time to investigate the movant's own facts, as a result of the non-movant's opposition or objection thereto. It is incumbent upon the movant to prepare and investigate their own facts *prior* to filing their motion.

Additionally, and most importantly, there is no need for an extension because it would be improper to introduce new facts in a reply brief. *Ceja-Corona v. CVS Pharmacy, Inc.,* 2015 WL 1276695, *5 (E.D. Cal. Mar. 19, 2015), ("It is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers." *United States ex rel. Giles v. Sardie,* 191 F.Supp.2d 1117, 1127 (C.D.Cal.2000); *see also State of Nev. v. Watkins*, 914 F.2d 1545, 1560 (9th Cir. 1990) ("[Parties] cannot raise a new issue for the first time in their reply briefs.") (citations omitted)). The purpose of this rule is to protect the non-moving party from being unable to oppose any new facts produced, as there is no mechanism for responding to a reply in summary judgment. Therefore, new facts that the movant discovers as a result of any extra time given would be improper to introduce rendering the additional investigation pointless.

Simply put, granting Defendants additional time to investigate, research, and reply to Plaintiff's opposition, where introduction of new facts is inappropriate in a reply, would grant Defendants an unfair advantage and result in an inequity of justice.

Plaintiff respectfully requests that the Court deny Defendants' motion for a 14-day extension of time to file their Reply and to reschedule the September 22, 2021 hearing.

Dated: September 13, 2021

2

PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (EXHAUSTION)

Respectfully submitted,

/s/Lillian C. Gaither, Esq.
Lillian C. Gaither (previously Lillian Munoz), Esq. #279427
Jarrett Adams, *pro hac vice*
Law Office of Jarrett Adams, PLLC
40 Fulton Street, Floor 17
New York, NY 10038
Ph: (646) 880-9707
Fax: (646) 880-9707
Lillian@jarrettadamslaw.com
JAdams@jarrettadamslaw.com
　　　Attorneys For Plaintiff, Jaime Beltran

# CERTIFICATE OF SERVICE

I hereby certify that on this 13rd day of September 2021, the above and foregoing has been served electronically on all counsel of record.

/s/ Lillian C. Gaither
Lillian C. Gaither (previously Lillian Munoz)

## SERVICE LIST

Olena Likhachova
Email: Olena.Likhachova@doj.ca.gov

*Attorney for Defendants*