IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAIME BELTRAN,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**ERIC R. BAKER, et al.,**<br><br>                              Defendants. | Case No. 2:17-cv-1520 TLN AC P<br><br>[PROPOSED] ORDER |

   Good cause appearing, the Court GRANTS Defendants' request for leave to exceed the ten-page limit for their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment and GRANTS Defendants' request for leave to file a separate Reply to Plaintiff's Response to Defendants' Statement of Undisputed Facts.

   IT IS SO ORDERED.

DATED: September 24, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE