1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAIME BELTRAN,                            No.  2:17-cv-1520 TLN AC P

12                 Plaintiff,

13          v.                                 ORDER

14   ERIC R. BAKER, et al.,

15                 Defendants.

16

17          By order filed August 6, 2021, the undersigned granted defendants' motion to stay in part,

18   and vacated the deadlines for merit-based discovery and dispositive motions pending resolution

19   of defendants' exhaustion-based motion for summary judgment.  ECF No. 51.  By findings and

20   recommendations filed November 12, 2021, the undersigned recommended that defendants'

21   motion for summary judgment be denied, ECF No. 63, and the findings and recommendations

22   have now been adopted in full, ECF No. 64.

23          Accordingly, IT IS HEREBY ORDERED that

24          1.   Within twenty-one days of the filing of this order, the parties shall confer and submit a

25   joint status report and proposed schedule for the completion of merit-based discovery and

26   dispositive motions that sets out:

27                 a.   Any outstanding discovery requests;

28                 b.   Anticipated motions and the scheduling thereof;

c.  Anticipated discovery and the scheduling thereof;

d.  Future proceedings, including setting appropriate cutoff dates for discovery and law and motion;

e.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

f.  Whether this matter is to be tried before this court or the district court.  See 28 U.S.C. § 636(c); and

g.  Any other matters that may add to the just and expeditious disposition of this matter.

2.  If the parties are unable to submit a single proposed schedule because they cannot agree on deadlines, the joint status report must reflect each party's proposed deadlines.  For any deadlines upon which the parties are unable to agree, each party must provide an explanation of their position on the appropriateness of their proposed deadline.

DATED: January 12, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE