%AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

JAIME BELTRAN

          Plaintiff (s),

V.

BAKER, et al.,

          Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __2:17-cv-01520-TLN-AC__

Notice is hereby given that, subject to approval by the court, __Bret T. Cross__ substitutes
(Party (s) Name)

__Janine K. Jeffery__, State Bar No. __112639__ as counsel of record in
(Name of New Attorney)

place of __Kyle Anthony Lewis__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Reily & Jeffery, Inc.
    Address:         5850 Canoga Avenue, Suite 400, Woodland Hills, CA 91367
    Telephone:     (818) 350-6282     Facsimile (818) 350-6283
    E-Mail (Optional):  Jjeffery@reilyjeffery.com

I consent to the above substitution.
Date: __5-4-2022__

(Signature of Party (s))
**Kyle A. Lewis**

I consent to being substituted.
Date: __5/4/2022__

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __5/4/2022__

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]