Janine K. Jeffery, Esq. CBN 112639
Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 350-6282
Fax No.: (818) 350-6283

Attorneys for Defendants, D. Tran, M. Swett, E. Baker, B. Cross, and G. Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| JAIME BELTRAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAKER, et al.,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-1520 TLN AC P<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY |

Good cause having been shown, this Court hereby approves the substitution of attorney filed by Gray A. Smith substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of Kyle Anthony Lewis and Lilit Arabyan. ECF No. 74.

**IT IS SO ORDERED.**

DATED: May 6, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE