Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 350-6282
Fax No.: (818) 350-6283

Attorneys for Defendants, D. Tran, M. Swett, E. Baker,
B. Cross, and G. Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| JAIME BELTRAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>BAKER, et al.,<br><br>        Defendants. | CASE NO. 2:17-cv-1520 TLN AC P<br><br>*[PROPOSED]* ORDER GRANTING SUBSTITUTION OF ATTORNEY |

Good cause having been shown, this Court hereby approves the substitutions of attorney filed by Eric R. Baker, Dragon M. Tran, and Matthew R. Swett substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of Kyle Anthony Lewis and Lilit Arabyan. ECF Nos. 76-78.

**IT IS SO ORDERED:**

DATED: May 12, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE