Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone:  (818) 350-6282
Fax No.:  (818) 350-6283

Attorneys for Defendants, D. Tran, M. Swett, E. Baker,
B. Cross, and G. Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| JAIME BELTRAN, | CASE NO. 2:17-cv-1520 TLN AC P |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| BAKER, et al., | |
| Defendants. | |

Good cause having been shown, this Court hereby approves the substitution of attorney filed by Bret T. Cross substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of Lilit Arabyan.  ECF No. 80.

**IT IS SO ORDERED.**

DATED: May 16, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE