UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| JAIME BELTRAN, | Case No. 2:17-cv-1520 TLN AC P |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER ON REQUEST FOR CONSENT ORDER GRANTING SUBSTITUTIONS OF ATTORNEY FOR DEFENDANT T. GUERRA |
| ERIC R. BAKER, et al., | |
| Defendants. | |
| | Action Filed: July 21, 2017 |

Good cause appearing, the Court hereby orders that the request of Defendant T. Guerra to substitute Lynne G. Stocker, State Bar No. 130333, and J. Randall Andrada, State Bar No. 70000, of Andrada & Associates, as attorneys of record instead of Kyle Lewis and Lilit Arabyan, Deputies Attorney General (ECF Nos. 83, 84), is hereby GRANTED. The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorneys in this case.

**IT IS SO ORDERED.**

DATED: May 24, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE