UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BELTRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC R. BAKER, et al.,<br><br>    Defendants. | No.  2:17-cv-1520 TLN AC P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to modify the discovery and scheduling order.  ECF No. 86.  However, the motion does not indicate whether plaintiff attempted to obtain a stipulation from defendants or whether defendants oppose the motion.

    Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, defendants shall file a response to the motion to modify the discovery and scheduling order stating whether the request is opposed and if it is opposed, on what grounds.  No reply is necessary.

DATED: July 26, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE