Lillian C. (Munoz) Gaither, Esq. #279427
Jarrett Adams, *pro hac vice*
Law Office of Jarrett Adams, PLLC
40 Fulton Street, Floor 17
New York, NY 10038
Ph: (646) 880-9707
Fax: (646) 880-9707
Lillian@jarrettadamslaw.com
JAdams@jarrettadamslaw.com

Attorneys For Plaintiff, Jaime Beltran

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAIME BELTRAN,<br><br>　　Plaintiff,<br><br>　v.<br><br>BAKER, et al,<br><br>　　Defendants. | Case No.  2:17-cv-01520 TLN AC<br><br>**STIPULATION [AND ~~PROPOSED~~ ORDER] FOR EXTENSION OF TIME TO RESPOND TO DEFENSE MOTIONS FOR SUMMARY JUDGMENT AND CORRESPONDING CHANGES TO BRIEFING SCHEDULE**<br><br>**Judge: Hon. Magistrate Allison Claire**<br>**Trial Date: None**<br>**Action filed: July 21, 2017** |

　　WHEREAS, on December 21, 2022, Defendant T. Guerra filed a Motion for Summary Judgment (ECF No. 100);

　　WHEREAS, Defendant Guerra initially set the hearing date on the calendar of Hon. Troy Nunley on January 26, 2023, at 2:00 p.m. PST (ECF No. 100);

　　WHEREAS, by Minute Order, Judge Troy L. Nunley's Courtroom Deputy M. Kreuger stated that Defendant Guerra's Motion for Summary Judgment should be scheduled before Magistrate Judge

{00124756.DOC/}                                           1

STIPULATION [AND ~~PROPOSED~~ ORDER] FOR EXTENSION OF TIME TO RESPOND TO DEFENSE MOTIONS FOR SUMMARY JUDGMENT AND CORRESPONDING CHANGES TO BRIEFING SCHEDULE

Allison Claire and that the January 26, 2023 hearing date before Judge Nunley is vacated (ECF No. 101);

WHEREAS, Defendant GUERRA has obtained a new hearing date of February 8, 2023 at 10:00 a.m. for the motion before Magistrate Judge Allison Claire and has filed an amended notice of motion (ECF No. 104);

WHEREAS, Defendants BAKER, CROSS, SMITH, SWETT, and TRAN have filed their motion for summary judgment scheduling it for hearing on February 8, 2023 at 10:00 a.m. before Magistrate Judge Allison Claire (ECF No. 102).

WHEREAS, Plaintiff plans to file his Oppositions to Defendants' respective Motions for Summary Judgment, and must also file a Request to File Under Seal in order to provide sufficient evidence in support of his oppositions which will take additional time to prepare and receive the Court's decision on the Request;

WHEREAS, between the filing date of Defendant Guerra's Motion on December 21, 2023, and the due date for Plaintiff's Opposition 14 days later on January 4, 2023 (Local Rule 230(c)), there are two legal holidays – Christmas and New Year's Day, with Court closures on December 26, 2022 and January 2, 2023;

WHEREAS, there appears to be a conflict between the Court's February 1, 2022 Scheduling Order which states that the hearing on a dispositive motion must be not more than 28 days after the filing deadline of December 28, 2022 (ECF No. 68 at ¶8) and Local Rule 230(b) which provides that the hearing date on a motion for summary judgment must be not less than 35 days after the filing and service date;

WHEREAS, the parties have agreed to seek the Court's approval of the following extensions pursuant to Local Rule 144(a), in light of the hearing date of February 8, 2023 date;

IT IS HEREBY STIPULATED by and between counsel for Defendant Guerra and Defendants Baker, Cross, Smith, Swett and Tran and Plaintiff Beltran as follows:

{00124756.DOC/}                                                                 2

STIPULATION [AND PROPOSED ORDER] FOR EXTENSION OF TIME TO RESPOND TO DEFENSE MOTIONS
FOR SUMMARY JUDGMENT AND CORRESPONDING CHANGES TO BRIEFING SCHEDULE

1. The date on which Plaintiff's Opposition to Defendants' respective Motions for Summary Judgment, and each of them, will be extended fourteen days to January 18, 2023; and

2. The date on which Defendant Guerra's and Defendants Baker, Cross, smith, Swett, and Tran's respective Replies in Support of their Motions for Summary Judgment will likewise be extended by thirteen days to January 30, 2023.

IT IS SO STIPULATED.

Dated: December 22, 2022.          LAW OFFICE OF JARRETT ADAMS, PLLC

                                    By: /s/ Lillian C. Gaither
                                        Lillian C. Gaither
                                        Jarrett Adams, *pro hac vice*
                                        Attorneys for Plaintiff, Jamie Beltran

Date: December 22, 2022            ANDRADA & ASSOCIATES

                                    /s/ Lynne G. Stocker (as authorized on 12/22/23)

                                    By: Lynne G. Stocker
                                    *Attorneys for Defendant Guerra*

Date: December 22, 2022            REILY & JEFFERY, INC.

                                    /s/ Janine K. Jeffery (as authorized on 12/22/23)

                                    By: Janine K. Jeffery
                                    *Attorneys for Defendants,*
                                    *Baker, Cross, Smith, Swett and Tran*

IT IS SO ORDERED.

DATED: December 27, 2022

                                    /s/ Allison Claire
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

{00124756.DOC/}                         3

STIPULATION [AND ~~PROPOSED~~ ORDER] FOR EXTENSION OF TIME TO RESPOND TO DEFENSE MOTIONS FOR SUMMARY JUDGMENT AND CORRESPONDING CHANGES TO BRIEFING SCHEDULE