# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JAIME BELTRAN,
   Plaintiff,

v.

ERIC R. BAKER, et al.,
   Defendants.
_____/

No. 2:17-cv-1520 TLN AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

  Jaime Beltran, CDCR # K-87116, a necessary and material participant in a settlement conference in this case on August 16, 2023, is confined in Salinas Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by Zoom video conference from his place of confinement, on Wednesday, August 16, 2023 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Salinas Valley State Prison at (831) 678-5544 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lisa Kennison, Courtroom Deputy, at lkennison@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Salinas Valley State Prison, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE