UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BELTRAN,<br><br>                  Plaintiff,<br><br>       v.<br><br>THOMAS J. GUERRA,<br><br>                  Defendant. | No.  2:17-cv-01520-TLN-AC<br><br>**ORDER** |

   This matter is before the Court on Plaintiff Jaime Beltran's ("Plaintiff") Motion to Receive Two Legal Calls Per Week in Preparation for Trial.  (ECF No. 157.)  Defendant Thomas J. Guerra ("Defendant") filed a statement of non-opposition.  (ECF No. 171.)  For the reasons set forth below, the Court GRANTS Plaintiff's Motion.  (ECF No. 157.)

///
///
///
///
///
///
///
///

1

A detailed recitation of the facts and procedural history of this case is not necessary for the disposition of Plaintiff's motion.  In short, Plaintiff commenced the instant lawsuit against Defendant — at all relevant times, a correctional officer with the California Department of Corrections and Rehabilitation ("CDCR") — seeking redress under 42 U.S.C. § 1983 for Defendant's purported failure to intervene or stop other inmates from causing him harm.  (*See, e.g.*, ECF No. 143.)  Plaintiff has retained counsel and trial is set to begin on April 22, 2024.  (*Id.*)  Under California Penal Code section 5058.7(a), the CDCR must approve "an attorney's request to have a confidential call with the inmate that they represent."  Plaintiff has made such a request via his motion (ECF No. 157), and Defendant does not oppose it (ECF No. 171).

Accordingly, the Court GRANTS Plaintiff's motion.  Plaintiff shall be allowed two legal call per week with his counsel of record until April 22, 2024, to prepare for trial.

IT IS SO ORDERED.

Date: April 9, 2024

Troy L. Nunley
United States District Judge