UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAIME BELTRAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS GUERRA,<br><br>　　　　　　Defendant. | Case No.   2:17-cv-01520-TLN-AC<br><br>**CIVIL JURY TRIAL MINUTES**<br><br>Date:　　　　　　April 22, 2024<br>Deputy Clerk:　 Michele Krueger<br>Court Reporter: Kimberly Bennett |

**Appearance for Plaintiff:**          **Appearances for Defendant:**

Jarrett Adams and Diana Fitzgerald          Lynne Stocker

Proceedings: Jury Trial (Day 1) – Motions in Limine, Jury Selection, Opening Statements and Evidence

9:47　Counsel and all parties present. The Court heard oral argument and issued a ruling on the parties' Motions in Limine (ECF Nos. 145 – 156).

11:00　Court in recess.

11:20　The Court reconvened with counsel and parties present. The prospective jurors present and sworn. The Court began voir dire.

12:30　The prospective jurors were admonished and excused for a lunch break, and the Court in recess.

1:39　Court back in session with counsel, parties, and prospective jurors. The Court continued with voir dire.

2:11　The parties passed for cause, and the parties executed their peremptory challenges.

2:16　The jury (8) was selected and sworn. The Court thanked and excused the remaining prospective jurors.

2:17　The Court read its Preliminary Jury Instructions.

2:30　Plaintiff's opening statement made by Mr. Adams.

2:35　Counsel for the Defendant objected to the opening statement and the jurors were excused for a brief recess. The Court heard argument on the Defendant's objection.

2:47　Jurors present and continued with Plaintiff's opening statement.

2:51   Defendant's opening statement made by Ms. Stocker.

2:57   The jurors were admonished and excused for an afternoon break.

3:38   Court back in session with counsel, parties and jurors present. Plaintiff called witness/Plaintiff **Jaime Beltran**, sworn and testified on direct by Mr. Adams.

5:00   The jurors were admonished and excused for the day. Court adjourned until 9:00 a.m. on Tuesday, April 23, 2024.

**Plaintiff's Exhibits Admitted**: 3, 5, 6, 7, 10, 14, 22